ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUL -6 PM 2: 03
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| CARILYNN BEASLEY, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. |
| | * CV 314-110 |
| AT&T UMBRELLA BENEFIT PLAN NO. 1, | * |
| Defendant. | * |

## O R D E R

On July 2, 2015, Plaintiff and Defendant filed a "Stipulation of Dismissal of Case with Prejudice," indicating that the parties have reached a settlement. In accordance with Federal Rule of Civil Procedure 41(a), **IT IS ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE.** The Clerk is directed to **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| CARI LYNN BEASLEY, | : |
| | : |
| Plaintiff, | :CIVIL ACTION NO. 3:14-cv-00110-DHB-BKE |
| | : |
| v. | : |
| | : |
| AT&T UMBRELLA BENEFIT PLAN NO. 1, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, in conjunction with Local Rule 41.2 of the Local Rules of the Southern District of Georgia, it is hereby stipulated by the parties, through their attorneys, that the above-entitled action, having been settled by agreement of the parties, may be dismissed with prejudice, with each party to bear her or its own costs.

Respectfully submitted this 2nd day of July, 2015.

/s/ Bradley G. Pyles
BRADLEY G. PYLES
Georgia Bar No. 590545
KEVIN W. HALL
Georgia Bar No. 319339
WESTMORELAND, PATTERSON, MOSELEY & HINSON, LLP
577 Mulberry Street, Suite 600
P.O. Box 1797
Macon, GA  31202-1797
(478) 745-1651 (telephone)
(478) 745-1754
bg.pyles@wpmhlegal.com
ATTORNEYS FOR PLAINTIFF

1